# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0022. CHARLES HILL v. TONYA HILL et al.**

Pursuant to Court of Appeals Rule 40 (b), applicant Charles Hill has filed an emergency motion requesting an extension of time to file an application for discretionary appeal in the above-styled matter. The applicant's motion is hereby GRANTED. He shall file his application for discretionary appeal no later than January 25, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*